## (May 13, 1981)

■ In the Matter of ROBERT F. DEVINE, an Attorney, Admitted Under the Name of ROBERT F. DEVINE, JR., Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner. — Motion by petitioner to suspend the respondent from the practice of law until such times as said respondent submits to an examination by a physician and/or psychiatrist, and satisfactory proof be submitted to indicate recovery from any disability affecting him. Cross motion by respondent to direct that the petition be resubmitted for another hearing *de novo.* Cross motion denied; motion granted and pursuant to rules of this court (22 NYCRR 691.13 [b] [1]), the respondent is suspended forthwith from the practice of law until he submits himself in order to be examined by Naomi Goldstein, M.D., and he shall remain suspended until he submits satisfactory proof to indicate recovery from any disability from which she may find that he now suffers and until the further order of this court. Mollen, P.J., Damiani, Titone, Lazer and Weinstein, JJ., concur.

■ In the Matter of ARNOLD GELMAN, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICT, Petitioner. — In a proceeding to discipline respondent, an attorney and counselor at law, for professional misconduct, the issues raised by the petition and the answer are referred to J. Mitchell Rosenberg, Esq., of 901 Avenue H, Brooklyn, New York, 11230, as Special Referee, to hear and to report, with his findings upon each of the issues. In view of the large number and gravity of the charges against the respondent, this court in the public interest, on its own motion, temporarily suspends the respondent from the practice of law forthwith, pending the report of the Referee and the further order of this court. Mollen, P.J., Hopkins, Titone, Lazer and Margett, JJ., concur.